Date: 02/23/11

**DIVIDENDS REMITTED TO THE COURT**

Case Number 09-38121 - LEFEBVRE, RENEE JANECE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| TOTAL MEDICAL SUPPLY<br>323 OSBORNE ROAD<br>FRIDLEY, MN 55432<br>  LEFE | 000005 | 127.00 | 2.99 |
| ---------- Remittance Total ---------- | | 127.00 | 2.99 |

*(signature)*

MICHAEL J. IANNACONE, Trustee

RECEIVED
11 FEB 25 AM 11:34
U.S. BANKRUPTCY COURT
ST. PAUL, MN

COURT1                                              Printed: 02/23/11 11:15 AM   Ver: 16.01c